UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NORA LUCILLE BICKETT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:23-cv-00604-TWP-MKK ) |
| THE TRUSTEES OF INDIANA UNIVERSITY, | ) ) |
| Defendant. | ) |

**ENTRY AND ORDER FROM SETTLEMENT CONFERENCE**

The parties appeared in person and by counsel for a settlement conference on January 17, 2024.

This matter has been resolved. The parties are to provide a courtesy copy of the executed settlement agreement to the Magistrate Judge (via email) on or before **January 19, 2024**. Therefore, all pending motions, if any, are now **DENIED AS MOOT** and all previously ordered dates relating to discovery, filings, schedules, conferences, and trial, if any, are **VACATED**.

Within 60 days of the date of this entry, counsel for the Plaintiff shall file a motion to dismiss this cause and submit an order for the Court's signature ordering the dismissal of this action or a stipulation of dismissal (consistent with the agreement of the Parties). Additional time to complete the execution of the settlement documents may be granted if requested in writing before expiration of this period.

**SO ORDERED**.

Date: 1/18/2024

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

ALL ECF- registered counsel of record via email generated by the court's ECF system