UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NORA LUCILLE BICKETT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:23-cv-00604-TWP-MKK |
| THE TRUSTEES OF INDIANA UNIVERSITY, | ) ) ) |
| Defendant. | ) |

**ORDER TO SHOW CAUSE**

A settlement conference was held in this matter on January 17, 2024. Magistrate Judge M. Kendra Klump entered a Minute Order for that conference which ordered parties to file a stipulation of dismissal within sixty days (Filing No. 29). As of today's date, a stipulation of dismissal has not been filed nor have the parties requested an extension of time. Parties are ordered to file a response to this Order to Show Cause or the stipulation of dismissal on or before April 5, 2024. Failure to do so will result in dismissal of this matter.

IT IS SO ORDERED.

Date: 3/29/2024

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Clinton E. Blanck
BLANCK LEGAL, P.C.
cblanck@blancklegal.com

Hamish S. Cohen
MATTINGLY BURKE COHEN & BIEDERMAN LLP
hamish.cohen@mbcblaw.com