UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NORA LUCILLE BICKETT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:23-cv-00604-TWP-MKK ) |
| THE TRUSTEES OF INDIANA UNIVERSITY, | ) ) ) |
| Defendant. | ) ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The above-named parties, by their respective counsel, stipulate that the above-captioned cause has been resolved between the parties eliminating the need for any further proceedings. The parties therefore stipulate, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), that the above-captioned cause should be dismissed, with prejudice, with each party bearing its own costs.

Respectfully submitted,

/s/Clinton E. Blanck
Clinton E. Blanck, 19270-32
BLANCK LEGAL, P.C.
9245 North Meridian Street, Suite 301
Indianapolis, Indiana  46260
Office:  (317) 844-8372
Facsimile:  (317) 573-5564
E-mail:  cblanck@blancklegal.com
Attorney for Plaintiff

/s/Hamish S. Cohen
Hamish S. Cohen, 22931-53
MATTINGLY BURKE COHEN & BIEDERMAN LLP
155 East Market Street, Suite 400
Indianapolis, Indiana  46204
Office:  (317) 614-7325
E-mail:  hamish.cohen@mbcblaw.com
Attorney for Defendant